JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 10 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESTRADA, JR., <br>     Petitioner, <br> v. <br> RAYMOND MADDEN, *Warden*, <br>     Respondent. | Case No. SA CV 15-1835 SVW (JCG) <br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 6/14/17

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE